THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK
B. LOWN, Appellant, v. ALBERT H. COOK, as County
Treasurer of Ulster County, et al., Respondents.

*People ex rel. Lown* v. *Cook,* 158 App. Div. 74, affirmed. .
(Argued October 22, 1913 ; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
August 26, 1913, which affirmed an order of Special
Term denying a motion for a peremptory writ of man-
damus to compel defendants to issue a receipt showing
payment of the transfer tax upon the estate of Charles
H. Roberts, deceased.

*Danforth E. Ainsworth* and *Harry C. Barker* for
appellant.

*Frederick E. W. Darrow* for county treasurer of
Ulster county, respondent.

*Thomas Carmody, Attorney-General (Henry Selden
Bacon* of counsel), for state comptroller, respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN,
CUDDEBACK, HOGAN and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. POLISH
NATIONAL ALLIANCE OF THE UNITED STATES OF NORTH
AMERICA, Appellant, v. LAWSON PURDY et al., as
Commissioners of Taxes and Assessments of the City of
New York, Respondents.

SAME, Appellant, v. SAME, Respondents.

*People ex rel. Polish Nat. Alliance* v. *Purdy,* 156 App. Div. 936,
affirmed.
(Argued October 22, 1913; decided November 18, 1913.)

APPEAL in each of the above-entitled proceedings from
an order of the Appellate Division of the Supreme Court

in the first judicial department, entered May 9, 1913, which affirmed an order of Special Term quashing a writ of certiorari to review an assessment for purposes of taxation against real property of the relator.

*Harold Swain* and *Edwin W. Cady* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *William R. Wilson* of counsel), for respondents.

Order affirmed, with one bill of costs in both causes; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Purpose of Opening Remsen Avenue in the Borough of Brooklyn.

GREATER NEW YORK DEVELOPMENT COMPANY et al., Respondents.    (Proceedings Nos. 1 and 2.)

*Matter of City of New York* (*Remsen Ave.*), *No. 1*, 153 App. Div. 418, appeal dismissed.

*Matter of City of New York* (*Remsen Ave*), *No. 2*, 153 App. Div. 916, appeal dismissed.

(Argued October 23, 1913; decided November 18, 1913.)

APPEAL in the first above-entitled proceeding from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1913, which affirmed an order of Special Term denying a motion to confirm the report of commissioners of estimate and assessment appointed therein.

Appeal in the second above-entitled proceeding from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1913, which affirmed an order of Special Term denying a motion to vacate a prior order which denied a motion to confirm the report of commissioners of estimate and assessment appointed therein.